428 A.2d 695

Commonwealth v. Ulery, Appellant.

Submitted November 16, 1979. Thomas P. Ruane, Jr.,

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is sitting by designation.

for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.